**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re:<br><br>THE CONDOMINIUM ASSOCIATION OF THE LYNNHILL CONDOMINIUM,<br><br>Debtor.[1] | Case No. 18-10334<br><br>Chapter 11 |

**DEBTOR'S REQUEST FOR EXPEDITED HEARING**
**ON "FIRST DAY" MOTIONS**

The Condominium Association of the Lynnhill Condominium (the "Debtor"), as debtor and debtor-in-possession, respectfully requests entry of an order scheduling an expedited hearing on January 12, 2018 at or after 11:00 a.m. to consider of the Debtor's "first day" motions. In support of this Motion and the First Day Motions (defined below), the Debtor submits the *Declaration of Stanley Briscoe in Support of First Day Motions*, filed contemporaneously herewith, and respectfully states as follows:[2]

**Background**

1. The Debtor is an unincorporated condominium association existing under the laws of the State of Maryland. The Lynnhill Apartments was a condominium regime consisting of two 7-story buildings located at 3103 and 3107 Good Hope Avenue, Temple Hills, Maryland 20748 (the "Property"). The Property has 219 residential units, a parking lot and common areas.

2. As a condominium association, the Debtor relied on the payment of monthly condominium fees, which often was partial and woefully insufficient to pay utilities, insurance and other necessary expenses. The Debtor's ability to collect condominium fees from each

---

[1] The Debtor's federal identification number is 52-0993760.
[2] Pursuant to Local Rule 9013-2, in lieu of submitting a memorandum in support of this Motion, the Debtor will rely solely on the grounds and authorities set forth in this Motion.

resident became increasingly difficult over the years.  Over time, the Debtor's dire financial situation resulted in gaps in property insurance, frequent threats by utility companies to disconnect utilities (in some instances, the utilities were disconnected) and no repairs or capital improvements to the Property.  These problems became so severe that the Debtor filed for bankruptcy multiple times.

3. Most recently, on January 10, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code.[3]

4. On the Petition Date, the Debtor also filed the following motions (collectively, the "First Day Motions"):

(1) Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Superpriority Claims, (III) Scheduling a Final Hearing and (IV) Granting Related Relief (the "DIP Motion") [Doc. 15];

(2) Debtor's Motion for Relief from Order and Authorization to Refile Its Chapter 11 Case [Doc. 16];

(3) Debtor's Expedited Motion for (I) Conditional Approval of the Disclosure Statement, (II) Approval of Procedures for Solicitation and Tabulation of Votes on the Plan, and (III) A Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan (the "Disclosure Statement Motion") [Doc. 26];

(4) Debtor's Expedited Motion for an Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof (the "Bar Date Motion") [Doc. 20];

(5) Debtor's Application to Authorize the Retention and Employment of Kurtzman Carson Consultants LLC as Noticing, Claims and Balloting Agent (the "Notice Agent Retention Application") [Doc. 12];

(6) Debtor's Application to Authorize the Retention and Employment of Transwestern as Real Estate Broker [Doc. 19]; and

(7) Debtor's Motion to Assume Executory Contract with Global Restoration Services LLC (the "Assumption Motion") [Doc. 21].

---

[3] 11 U.S.C. §§ 101–1532 (2012) (the "Bankruptcy Code").

5. To expeditiously and efficiently prosecute this chapter 11 case, the Debtor requests that the Court schedule an expedited hearing on the First Day Motions on January 12, 2018 at or after 11:00 a.m.[4] The Debtor proposes that any written objections to the First Day Motions be filed by 9:00 a.m. on January 12, 2018, and that oral objections may be raised by parties in interest at the hearing on the First Day Motions. To be clear, the Debtor seeks only interim relief on the First Day Motions and requests that the Court schedule a final hearing on the First Day Motions on or before January 31, 2018.

## Basis for Relief Requested

6. Local Rule 4001-5(b)[5] contemplates the scheduling of an expedited hearing on financing motions, such as the DIP Motion, when the motion is filed on or shortly after the Petition Date.

7. Moreover, section 105(a) of the Bankruptcy Code allows the Court to set an expedited hearing on the First Day Motions. Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."

8. Rule 9006(c)(1) of the Bankruptcy Rules also allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

---

[4] Given the parties' respective schedules, the Debtor, AHH (as defined below) and the U.S. Trustee have agreed that all are available for a first day hearing on January 12, 2018 at 11:00 a.m., assuming the Court is also available at that time.

9. Cause exists to reduce the notice periods and to schedule an expedited hearing on the First Day Motions.

10. *First*, immediate and irreparable harm would result if the Debtor is not granted immediate access to the post-petition loan (the "DIP Loan") to pay expenses, including security and winterization of the Property, all of which are necessary to preserve the Property and are required by the *Amended Commitment Letter of AHH16 Development, LLC or its Designee to Be Purchaser of the Property and Post-Petition Secured Lender in Connection with Lynnhill Condominium Bankruptcy Case* (the "Commitment")[6] between the Debtor and AHH16 Development, LLC's ("AHH"). *See* Briscoe Decl. ¶26, Ex. C. The Debtor also needs immediate access to the DIP Loan to fund the administrative expenses of this chapter 11 case and to give its professionals reasonable assurances that they will be paid for continuing to provide an extraordinarily high volume of services during a condensed period of time; all necessary to document and close the sale of the Property to AHH by mid-February 2018.

11. *Second*, any material delay with proceeding with the other First Day Motions would prevent the Debtor from complying with its obligations under the Commitment, jeopardizing the sale of the Property to AHH and the value of the Property. For example, the Disclosure Statement Motion seeks expedited relief to ensure the Debtor can meet the mid-February 2018 milestone for confirmation of a chapter 11 plan. The Assumption Motion seeks assumption of Global Restoration Services contract to continue certain winterization services at

---

[5] Unless otherwise indicated, section references are to the Bankruptcy Code, rule references are to the Federal Rules of Bankruptcy Procedure, and local rule references are to the Local Bankruptcy Rules of the U.S. Bankruptcy Court for the District of Maryland.

[6] The Commitment memorializes both AHH's offer to purchase the Property and to serve as the Debtor's pre- and post-petition secured lender.

the Property to protect it from the elements and prevent winter weather damage and deterioration.

12.     *Lastly*, the rest of the First Day Motions should be heard on an expedited basis to ensure the efficient, effective and economical administration of this chapter 11 case.  The Notice Agent Retention Application is necessary to ensure that the Debtor's creditors and other parties in interest received notice of all pleadings.  Moreover, the Bar Date Motion is critical to ensure creditors have time to file proofs of claim prior to the deadline for voting on, and confirmation of, the chapter 11 plan.

## Notice

13.     If the Court grants this Motion, then the Debtor proposes providing the notice, substantially in the form attached as **Exhibit 1**, to all of the creditors listed on the Debtor's creditor matrix via **overnight mail**.  Additionally, the First Day Motions will be served by **overnight mail** on (i) the Office of the U.S. Trustee; (ii) the Debtor's pre-petition lender; (iii) all parties listed on the Debtor's Schedule D (creditors who hold claims secured by property); and (iv) the parties listed on the Debtor's list of creditors holding the 20 largest unsecured claims.  Any party wishing to receive a copy of any First Day Motion by facsimile, e-mail or overnight mail may request the same from the Debtor's counsel.

WHEREFORE, the Debtor respectfully requests that the Court grant this Motion and enter an order, substantially in the form attached hereto as **Exhibit 2**, scheduling an expedited hearing on January 12, 2018 at or after 11:00 a.m.

Dated:  January 10, 2018	Respectfully submitted,

Pillsbury Winthrop Shaw Pittman LLP

*/s/ Patrick J. Potter*
Patrick J. Potter (Bar No. 08445)
1200 Seventeenth Street, NW
Washington, DC 20036
Tel (202) 663-8928
Fax (202) 663-8007
E-mail:  patrick.potter@pillsburylaw.com

Dania Slim (Bar No. 18050)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480
Tel (202) 663-9240
Fax (202) 663-8007
E-mail:  dania.slim@pillsburylaw.com

Jason Sharp (*pro hac vice* admission pending)
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Tel (713)276-7600
Fax (713)276-7673
Email:  jason.sharp@pillsburylaw.com

*Proposed Counsel for the Debtor*

# **Exhibit 1**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| In re:<br><br>THE CONDOMINIUM ASSOCIATION OF THE LYNNHILL CONDOMINIUM,<br><br>Debtor.[1] | Case No. 18-10334<br><br>Chapter 11 |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASE AND OTHER "FIRST DAY" FILINGS

**PLEASE TAKE NOTICE** that the Condominium Association of the Lynnhill Condominium (the "Debtor") filed a voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code in the U.S. Bankruptcy Court for the District of Maryland on January 10, 2018, together with certain motions (collectively, the "First Day Motions"), including:

(1) Debtor's Expedited Motion for Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Superpriority Claims, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Doc. 15];

(2) Debtor's Motion for Relief from Order and Authorization to Refile Its Chapter 11 Case [Doc. 16];

(3) Debtor's Expedited Motion for (I) Conditional Approval of the Disclosure Statement, (II) Approval of Procedures for Solicitation and Tabulation of Votes on the Plan, and (III) A Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan;

(4) Debtor's Expedited Motion for an Order Establishing Bar Dates for Filing Claims and Approving Form and Manner of Notice Thereof [Doc. 20];

(5) Debtor's Application to Authorize the Retention and Employment of Kurtzman Carson Consultants LLC as Noticing, Claims and Balloting Agent [Doc. 12];

(6) Debtor's Application to Authorize the Retention and Employment of Transwestern as Real Estate Broker [Doc. 19]; and

(7) Debtor's Motion to Assume Executory Contract with Global Restoration Services LLC [Doc. 21].

---

[1] The Debtor's federal identification number is 52-0993760.

**PLEASE FURTHER TAKE NOTICE** that the Debtor filed its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("SOFA") on January 10, 2018.

**PLEASE FURTHER TAKE NOTICE** that the Debtor filed a chapter 11 plan (the "Plan") and disclosure statement (the "Disclosure Statement") on the Petition Date.

**PLEASE FURTHER TAKE NOTICE** that copies of the First Day Motions, the Plan, the Disclosure Statement, the Schedules, and the SOFA may be obtained at **http://www.kccllc.net/Lynnhill** or by written/email request to the undersigned counsel for the Debtor.

**PLEASE FURTHER TAKE NOTICE** that the Court will hold a hearing on the First Day Motions on **January 12, 2018 at 11:00 a.m.** in the U.S. Bankruptcy Court of the District of Maryland, Greenbelt Division, Federal Courthouse, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

Pillsbury Winthrop Shaw Pittman LLP

*/s/ Patrick J. Potter*
Patrick J. Potter (Bar No. 08445)
1200 Seventeenth Street, NW
Washington, DC 20036
Tel (202) 663-8928
Fax (202) 663-8007
E-mail: patrick.potter@pillsburylaw.com

Dania Slim (Bar No. 18050)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480
Tel (202) 663-9240
Fax (202) 663-8007
E-mail: dania.slim@pillsburylaw.com

Jason Sharp (*pro hac vice* admission pending)
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Tel (713)276-7600
Fax (713)276-7673
Email: jason.sharp@pillsburylaw.com

*Proposed Counsel for the Debtor*

## **Exhibit 2**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| In re:<br><br>THE CONDOMINIUM ASSOCIATION OF THE LYNNHILL CONDOMINIUM,<br><br>Debtor.[1] | Case No. 18-10334<br><br>Chapter 11 |

### ORDER GRANTING DEBTOR'S REQUEST FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

This matter came before the Court on the Debtor's *Request for Expedited Hearing on First Day Motions* (the "Motion").[2] Having considered the Motion, any opposition thereto, and all of the relevant matters related thereto,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is granted.

---

[1] The Debtor's federal identification number is 52-0993760.
[2] Capitalized terms used but not defined in this Order have the meaning given such terms in the Motion.

2.	A hearing is scheduled for January 12, 2018 at 11:00 a.m. to consider the First Day Motions.  Written objections to the First Day Motions must be filed by 9:00 a.m. on January 12, 2018, and oral objections may be raised by parties in interest at the hearing.

**END OF ORDER**

cc:	Patrick J. Potter
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW
Washington, DC 20036

Dania Slim
Pillsbury Winthrop Shaw Pittman LLP
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480

Jason Sharp
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028

William C. Johnson, Jr.
1310 L Street NW, Suite 750
Washington, DC 20005

Michael J. Lichtenstein
Shulman Rogers
12505 Park Potomac Avenue
Potomac, MD 20854

All Parties Requesting Notice