

Wendelin I. Lipp
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| In re: | |
|---|---|
| THE CONDOMINIUM ASSOCIATION OF THE LYNNHILL CONDOMINIUM, | Case No. 18-10334 |
| | Chapter 11 |
| Debtor.[1] | |

### ORDER GRANTING DEBTOR'S REQUEST FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

This matter came before the Court on the Debtor's *Request for Expedited Hearing on First Day Motions* (the "Motion").[2] Having considered the Motion, any opposition thereto, and all of the relevant matters related thereto,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

---

[1] The Debtor's federal identification number is 52-0993760.
[2] Capitalized terms used but not defined in this Order have the meaning given such terms in the Motion.