UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

In re:                                              )
                                                    )    Case No. 18-10334
THE CONDOMINIUM ASSOCIATION OF THE                  )
LYNNHILL CONDOMINIUM,                               )    Chapter 11
                                                    )
        Debtor,                                     )
                                                    )
                                                    )

**LIMITED OBJECTION OF DRAGONE REALTY LLC TO
MOTIONS FOR APPROVAL OF POST-PETITION FINANCING
AND CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT**

Dragone Realty, LLC ("Dragone"), by and through its undersigned attorneys, hereby objects to (i) *Debtor's Expedited Motion For Interim and Final Orders (I) Authorizing the Debtor to Obtain Post-Petition Financing, (II) Granting Priming Liens and Superpriority Claims, (III) Scheduling a Final Hearing and (IV) Granting Related Relief* (the "DIP Financing Motion") and (ii) *Debtor's Expedited Motion For (I) Conditional Approval of the Disclosure Statement, (II) Approval of Procedures For Solicitation and Tabulation of Votes on the Plan, and (III) A Combined Hearing on Approval of the Disclosure Statement and Confirmation of the Plan* (the "Disclosure Statement Approval Motion") to the extent set forth herein, and respectfully states as follows:

1. The DIP Financing Motion and the Disclosure Statement Approval Motion (together, the "Motions")[1] would put this case on an extraordinarily fast track. While an expeditious sale of the Property may be desirable, it should not be done at the expense of

---

[1]    Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Motions.

4834-6820-1818v.2

maximizing value. Dragone has conveyed to the Debtor that it is willing to pay a higher price for the Property, on substantially the same terms, than the $13.2 million bid of AHH16 Development, LLC. Dragone is also willing to provide debtor in possession financing in the same amount as proposed in the DIP Financing Motion.

2. If the Debtor chooses to proceed with the Motions, they should not be approved to the extent that they would prevent alternative offers for the Property from being made. In its interactions with the Debtor's real estate broker prior to this case, Dragone understood that it would have a chance to submit a competing bid as part of the bankruptcy process. The milestones set forth in the DIP Financing Motion and the timeline proposed in the Disclosure Statement Approval Motion should be modified to the extent necessary so that a higher and better offer from Dragone (and from any other interested party) can be considered.

Dated: January 12, 2018

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____

Bezalel Stern
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

James S. Carr
Benjamin D. Feder
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Dragone Realty, LLC*

4834-6820-1818v.2