Form 210B (10/06)

# United States Bankruptcy Court

### District Of Maryland

In re  The Condominium Association of the Lynnhill Condominium ,   Case No. 18-10334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _Scheduled claim_ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 1/23/18 (date).

| James Vito, Inc. d/b/a Vito Plumbing | Dragone Realty, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:                          Address of Transferee:

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                         _____
                                                        **CLERK OF THE COURT**

## NOTICE OF TRANSFER AND WAIVER

James Vito, Inc. d/b/a Vito Plumbing, with an address of 5108 Buchanan Street, Hyattsville, Maryland 20781 ("Seller"), sells, transfers and assigns unto Dragone Realty, LLC, having a principal address of 7962 Old Georgetown Road, Suite 3A, Bethesda, Maryland, 20814, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against The Condominium Association of the Lynnhill Condominium (the "Debtor"), in the aggregate amount of not less than $6,450.00 representing all claims of Seller pending against Debtor in the United States Bankruptcy Court for the District of Maryland, Case No. 18-10334

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of the 22ND day of January, 2018.

JAMES VITO, INC. d/b/a VITO PLUMBING

By: _____
Signature

Michael A. Vito / President & CEO
Print Name/Title

IN WITNESS WHEREOF, Purchaser has signed below as of the ___ day of January, 2018.

DRAGONE REALTY, LLC

By: _____
Signature

_____
Print Name/Title

4818-0538-8890v.1

## NOTICE OF TRANSFER AND WAIVER

James Vito, Inc. d/b/a Vito Plumbing, with an address of 5108 Buchanan Street, Hyattsville, Maryland 20781 ("Seller"), sells, transfers and assigns unto Dragone Realty, LLC, having a principal address of 7962 Old Georgetown Road, Suite 3A, Bethesda, Maryland, 20814, its successors and assigns ("Purchaser"), pursuant to the terms of a Claim Purchase Agreement between Seller and Purchaser (the "Agreement"), all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against The Condominium Association of the Lynnhill Condominium (the "Debtor"), in the aggregate amount of not less than $6,450.00 representing all claims of Seller pending against Debtor in the United States Bankruptcy Court for the District of Maryland, Case No. 18-10334

Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

IN WITNESS WHEREOF, Seller has signed below as of the ___ day of January, 2018.

JAMES VITO, INC. d/b/a VITO PLUMBING

By: _____
    Signature

_____
Print Name/Title


IN WITNESS WHEREOF, Purchaser has signed below as of the ___ day of January, 2018.

DRAGONE REALTY, LLC

By: _____
    Signature

Vito Dragone, Manager
Print Name/Title

1818-0538-8890v.1