# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–10334 – WIL**   Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 97 – Assignment of Claims Transfer Agreement 3001 (e) 1 Transferor: Vito Plumbing To Dragone Realty, Inc. Fee Amount $25 Filed by Dragone Realty LLC. (Kasdan, Ira)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 2/7/18.**

CURE: The filing fee of $25 for Transfer of Claim must be paid by Dragone Realty LLC.
(28 U.S.C. §1930)

Any filing fee may be paid in cash, by money order or certified check, payable to Clerk, U.S. Bankruptcy Court. Submit the payment by mail with a copy of this notice enclosed or in person at one of the following locations:

| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
|---|---|
| Garmatz Federal Courthouse | U.S. Courthouse |
| 101 W. Lombard Street, Suite 8530 | 6500 Cherrywood Lane, Suite 300 |
| Baltimore, MD 21201 | Greenbelt, MD 20770 |

For attorneys/trustees: Login to CM/ECF. If you see the fee due on the first screen or under Utilities, Internet Payment, select it and proceed with payment. If the fee is not shown on those screens, click Bankruptcy/Adversary, Miscellaneous, and then the appropriate "Filing Fee" event. Select the document for which the fee was originally due. Accept the displayed fee amount, or enter the amount you are paying. Proceed with payment.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 1/24/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   Debtor
      Attorney for Debtor – Patrick John Potter
      Creditor – Dragone Realty LLC

defntc (rev. 12/12/2016)