**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| In re:<br><br>THE CONDOMINIUM ASSOCIATION OF THE LYNNHILL CONDOMINIUM,<br><br>Debtor.[1] | Case No. 18-10334<br><br>Chapter 11 |

**NOTICE OF (I) CLOSING OF SALE OF "THE LYNNHILL CONDOMINIUM" TO DRAGONE REALTY, LLC, AND (II) OCCURRENCE OF EFFECTIVE DATE UNDER THE DEBTOR'S SECOND AMENDED JOINT CHAPTER 11 PLAN**

PLEASE TAKE NOTICE THAT:

1. On March 1, 2018, the U.S. Bankruptcy Court for the District of Maryland entered an order (the "Confirmation Order") [Doc. 237], confirming the Debtor's *Second Amended Joint Chapter 11 Plan* (the "Plan") [Doc. 227] and approving the sale of the real property and improvements thereon located at 3103 and 3107 Good Hope Avenue, Temple Hills, Maryland 20748 (the "Property") to Dragone Realty, LLC ("Dragone").

2. On March 15, 2018, the sale of the Property to Dragone (the "Sale") closed as provided for in the Plan and the Confirmation Order.

3. Pursuant to the terms of the Plan, the Effective Date of the Plan is March 15, 2018 (the same date as the closing of the Sale).

4. The Confirmation Order and the Plan are available free of charge (i) on the website established by the Debtor at http://www.kccllc.net/Lynnhill, or (ii) between the hours of 8:00 a.m. and 4:00 p.m. (ET), Monday through Friday, at the Office of the Clerk, 6500 Cherrywood Lane, Suite 300, Greenbelt, MD 20770. Copies are also available upon written request to LynnhillInfo@kccllc.com or Lynnhill Claims Processing Center, c/o KCC, 2335 Alaska Ave., El Segundo, CA 90245 or by calling: 877-725-7530 or 424-236-7240.

---

[1] The Debtor's federal identification number is 52-0993760.

4837-6967-2543.v1

| | |
|---|---|
| Dated: March 15, 2018 | Respectfully submitted,<br><br>Pillsbury Winthrop Shaw Pittman LLP<br><br>*/s/ Patrick Potter*<br>Patrick J. Potter (Bar No. 08445)<br>1200 Seventeenth Street, NW<br>Washington, DC 20036<br>Tel (202) 663-8928<br>Fax (202) 663-8007<br>E-mail: patrick.potter@pillsburylaw.com<br><br>Dania Slim (Bar No. 18050)<br>324 Royal Palm Way, Suite 220<br>Palm Beach, FL 33480<br>Tel (202) 663-9240<br>Fax (202) 663-8007<br>E-mail: dania.slim@pillsburylaw.com<br><br>Jason S. Sharp (admitted *pro hac vice*)<br>2 Houston Center<br>909 Fannin, Suite 2000<br>Houston, TX 77010<br>Tel (713) 276-7600<br>Fax (713) 276-7673<br>Email: jason.sharp@pillsburylaw.com<br><br>*Counsel for the Debtor* |

4837-6967-2543.v1