# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **18–10334 – WIL**    Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

# DEFICIENCY NOTICE

**DOCUMENT:** 435 – Objection on behalf of Samuel Bryant Filed by Samuel Bryant (related document(s)353 Motion for an Order (I) Authorizing Initial Distributions, (II) Expunging Former Resident/Unit Owner Claims, and (III) Allowing Unit Lienholder and Certain Class 3 Claims filed by Debtor The Condominium Association of the Lynnhill Condominium). Hearing scheduled for 12/10/2018 at 10:00 AM at Courtroom 3–C, Greenbelt – Judge Lipp. (Arter, Laurie)

**PROBLEM:** **The following items are deficient for the above pleading, and must be cured by 12/17/18. A Certificate of Service was not filed.**

**CURE:** A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

**CONSEQUENCE:** Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service:** http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.
**Additional information on filing requirements:** http://www.mdb.uscourts.gov/content/filing–requirements.
**Additional information for non–attorney filers:** http://www.mdb.uscourts.gov/content/after–filing.

Dated: 12/3/18

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:    Debtor

Attorney for Debtor – Patrick John Potter

Creditor – Samuel Bryant

defntc (rev. 12/12/2016)