**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at _____**

IN RE:

|  |  |
|---|---|
|  | Case No. _____ |
|  | Chapter 11 |
| Debtor |  |

**CHAPTER 11 FINAL REPORT AND MOTION FOR FINAL DECREE**

      The following is the report of payments made pursuant to the Plan, confirmed by this

Court on_____.

**TOTAL DISTRIBUTION**                                                                      _____

PERCENTAGE OF CLAIMS PAID OR PROPOSED TO BE PAID TO THE

GENERAL CLASS OF UNSECURED CREDITORS WITHIN THE PLAN          _____%

A.      Gross Cash Receipt                                                  _____

|  | | Paid | Proposed | Total |
|---|---|---|---|---|
| B. | Priority Payments of Expenses of Administration Other Than Operating Expenses: | | | |
| | 1.  Trustee's commission (if any) | _____ | _____ | _____ |
| | 2.  Fee and expenses, Trustee's counsel | _____ | _____ | _____ |
| C. | Other Professional Fees and Expenses: | | | |
| | 1.  Fees and expenses, Accountants | _____ | _____ | _____ |
| | 2.  Fees and expenses, Auctioneers and Appraisers | _____ | _____ | _____ |
| | 3.  Fees and expenses, Attorneys for Debtor | _____ | _____ | _____ |
| | 4.  Other professional fees (specify) | _____ | _____ | _____ |
| | 5.  Taxes, fines, penalties, etc. | _____ | _____ | _____ |

**Local Bankruptcy Form N–1**

Ver. 09.11

|  | Paid | Proposed | Total |
|---|---|---|---|
| 6. Other expenses of administration (must be itemized: includes bond premiums, settlement costs, other expenses | _____ | _____ | _____ |
| 7. Total |  |  | _____ |
| D. Payments to creditors: (totals under each category sufficient) |  |  |  |
| 1. Payment to secured creditors |  |  | _____ |
| 2. Payment to priority creditors | _____ | _____ | _____ |
| 3. Payments to unsecured creditors | _____ | _____ | _____ |
| 4. Payments to equity security holders | _____ | _____ | _____ |
| E. Other payments: (including surplus payments to debtor) | _____ | _____ | _____ |
| F. **TOTAL DISTRIBUTION** |  |  | _____ |

The Plan Proponent, (or Trustee if appointed) hereby avers that all provisions of the Plan have been substantially consummated. Wherefore, the Plan Proponent (or Trustee), having fully administered this estate, prays for entry of a Final Decree.

DATE: _____   _____
                                                 Attorney for Plan Proponent
                                                      (or Trustee)

At a minimum, the following parties should be served with a copy of this report:
Creditors' Committee or Counsel, 20 Largest Unsecured Creditors, and United States Trustee.

**Local Bankruptcy Form N–1**
**Page Two**