## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| In re:<br><br>THE CONDOMINIUM ASSOCIATION OF THE LYNNHILL CONDOMINIUM,<br><br>Debtor.[1] | Case No. 18-10334<br><br>Chapter 11 |

## CERTIFICATE OF SERVICE

I, Lydia Do depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtors in the above-captioned cases.

On April 22, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for the Hearing on April 23, 2019 at 2:00 p.m.** [Docket No. 633]

- **Notice of Revised Proposed Order (I) Authorizing Distribution of Funds from the Final Distribution Escrow and Tax Escrow, (II) Approving Post-Confirmation Payments, (III) Authorizing the Association to Wind Down its Affairs and Abandon Certain Personal Property, (IV) Closing this Case, and (V) Granting Related Relief** [Docket No. 634]

On April 22, 2019, at my direction and under my supervision, employees of KCC caused to be served the following document via Email on the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class mail on the service list attached hereto as **Exhibit C**:

- **Chapter 11 Final Report and Motion for Final Decree** [Docket No. 635]

Dated: April 22, 2019

                                                      ___/s/ *Lydia Do*___
                                                           Lydia Do

Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
(310) 823-9000

---

[1] The Debtor's federal identification number is 52-0993760.

# **EXHIBIT A**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Fannie Mae | Brock and Scott PLLC | Gene Jung | mdbkr@brockandscott.com; Gene.Jung@brockandscott.com |
| Counsel for Community Restoration Corporation C/O Nations Default Services, Inc. | BWW Law Group, LLC | Kevin R Feig & Leah Freedman | bankruptcy@bww-law.com; kevin-feig@bww-law.com |
| Counsel for UIP, LLC | David E. Lynn | | davidlynn@verizon.net |
| Counsel for Kevin B Richmond | Donald L Bell | | donbellaw@gmail.com |
| Counsel for the Unit Owners of Lynnhill Condominium | Gregory R. Singleton, Esq. | | gs@gsingleton.com |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | SBSE.Insolvency.Balt@irs.gov |
| Counsel to Dragone Realty, LLC | Kelley Drye & Warren LLP | Benjamin D Feder | KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com |
| Counsel to Dragone Realty, LLC | Kelley Drye & Warren LLP | Bezalel Stern | bstern@kelleydrye.com |
| Counsel to Various Unit Owners | Law Office of Gregory R Singleton LLC | Gregory R. Singleton, Esq. | gs@gsingleton.com |
| Proposed Outside Counsel for the Debtor The Condominium Association of the Lynnhill Condominium | Law Office of William Johnson | William C. Johnson, Jr. | WJohnson@DCMDConsumerlaw.com |
| Counsel for Muluye Abtew | Manoil Kime PLC | Barrett L Kime | bkime@manoilkime.com |
| MD Attorney General | Maryland Attorney General | | oag@oag.state.md.us |
| Counsel for Wells Fargo Bank, National Association as Trustee for ABFC 2006-OPT2 Trust, Asset Backed Funding Corporation Asset Backed Certificates, Series 2006-OPT2 | McCabe, Weisberg & Conway, LLC | Joshua Welborn, Esq. | bankruptcymd@mwc-law.com |
| Consumer Protection Division | Office of the Attorney General | Consumer Protection Division | mbrauer@oag.state.md.us; lcardwell@oag.state.md.us; rtrumka@oag.state.md.us |
| US Trustee for the District of Maryland | Office of the United States Trustee for Region 4 | Jeanne M. Crouse | Jeanne.M.Crouse@usdoj.gov; Jennifer.Jacobs@usdoj.gov |
| Counsel for Wells Fargo Bank, NA | Orlans PC | Kathryn Smits | ksmits@orlans.com |
| Counsel for Potomac Electric Power Company | PEPCO | c/o Brian E. Hoffman, Esq., Ass't Gen Co | behoffman@pepcoholdings.com |
| Counsel for Nationstar Mortgage which holds a lien on Unit S-202 given by the owner, Ellsworth Sewell | Rosenberg and Associates LLC | Mark D Meyer | Mark.Meyer@Rosenberg-Assoc.com; Mark.Meyer@AcerTitle.com |
| Counsel for Nationstar Mortgage which holds a lien on Unit S-202 given by the owner, Ellsworth Sewell | Rosenberg and Associates LLC | Mark D Meyer | Mark.Meyer@Rosenberg-Assoc.com; Mark.Meyer@AcerTitle.com |
| Counsel for Nationstar Mortgage which holds a lien on Unit S-202 given by the owner, Ellsworth Sewell | Rosenberg and Associates LLC | Mark D Meyer | Mark.Meyer@Rosenberg-Assoc.com; Mark.Meyer@AcerTitle.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission NY Office | Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel for Herbert A. Lehner | Shulman, Rogers, Gandal, Pordy & Ecker, P.A. | Benjamin P. Smith, Esquire | bsmith@shulmanrogers.com |
| Counsel to Proposed Purchaser and Pre- and Post-Petition Lender | SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A. | Michael J. Lichtenstein&Megan A. Raker | mjl@shulmanrogers.com; mraker@shulmanrogers.com; MLichtenstein@shulmanrogers.com |
| Counsel for Wolff & Orenstein, LLC and Michael G. Wolff, Trustee | Wolff & Orenstein, LLC | Jeffrey M. Orenstein | jorenstein@wolawgroup.com |
| Counsel for Washington Suburban Sanitary Commission | Yumkas, Vidmar, Sweeney & Mulrenin, LLC | Lawrence J. Yumkas & Corinne Donohue Adams | lyumkas@yvslaw.com |
| Counsel for Nagle & Zaller, PC | Yumkas, Vidmar, Sweeney & Mulrenin, LLC | Paul Sweeney & Corinne Donohue Adams | psweeney@yvslaw.com |

# **EXHIBIT B**

Exhibit B

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| 2009 Harris Properties, LLC | Scott Winn | SCOTT@HOLLANDAS.COM |
| Abdullah, David | | david.abdullah91@gmail.com |
| Adams, Leroy III CIV, (US) | | leroy.adams28.civ@mail.mil |
| Adeoye, Dorcas Sumbo | | docade7@yahoo.com |
| admadsie@gmail.com | | admadsie@gmail.com |
| Adrian Moore | | aweidel@gbermanlaw.com; gberman@gbermanlaw.com |
| Aish, Eman | | emyaish@gmail.com |
| akapete02@yahoo.com | | akapete02@yahoo.com |
| Alexander Chambers/ Renee Chambers | Alexander Chambers | mr.chicago_man@yahoo.com |
| Altisource | Srinivas Philkhana | Philkhana.Srinivas@rw.Altisource.com; HOAcoordination@altisource.com |
| Altisource | Pratik Solanki | pratik.solanki@hubzu.com; HOACoordination@hubzu.com |
| anauthor08@live.com | | anauthor08@live.com |
| Angela A. Briscoe | | everettebriscoe@yahoo.com |
| Anna M Taylor | | ataylor@arinc.com |
| Anolue, George | | taurusgio@gmail.com |
| Anthony Boykins | | aboykins01@gmail.com |
| Anthony D. Freeman | | cowbo55@verizon.net |
| anthony.freeman@whs.mil | | anthony.freeman@whs.mil |
| Barbara Taha (Tilghman) | Barbara Taha | barbarataha@msn.com |
| Barnes, Warnett | | realtuffie@yahoo.com |
| Barry Carey & Gwendolyn B Carey | | barry.carey@yahoo.com |
| bbookersm@aol.com | | bbookersm@aol.com |
| Belt, Swaid | | swaidbelt@gmail.com |
| Belton, Elizabeth | | elizabethbelton@verizon.net |
| Belton, Elizabeth | | elizabethbelton12@gmail.com |
| berdie1@yahoo.com | | berdie1@yahoo.com |
| Berry, Ralph | | ralphberry1950@gmail.com |
| Boitcet, JC | | boitcet@me.com |
| Booker, Mark | | mmbooker.mb@gmail.com |
| Boyd-Graham, Selinda | | selindaboyd@yahoo.com |
| Braham, Maurice | | mauricebraham@comcast.net |
| Braxton, James | | jamesbraxton12@gmail.com |
| Braxton, Timothy | | bigtimmy80@aol.com |
| Braxton. Latrina Y. (HQ-LM050) | | latrina.y.braxton@nasa.gov |
| Brighthaupt, Lora | | lora.brighthaupt@gmail.com |
| Briscoe, Stanley | | everette_briscoe@yahoo.com |
| Brown, Dey | | deynite21@gmail.com |
| Bryant, Samuel | | samuelbryant@comcast.net |
| Burney, Charles | | burnchas2@gmail.com |
| Bushra, Zeineb | | zeinebbushra@yahoo.com |
| BWW Law Group, LLC | Leah Freedman, Attorney | bankruptcy@bww-law.com |
| Cameron, Jay | | jaycameron@me.com |
| Carey, Dwayne | | ddkholdingsllc@gmail.com |
| Carolyn Foy | | ceefoy@hotmail.com |
| Carolyn V. Jones | Carolyn Jones | carolynvj@comcast.net |
| cashforcashflow@hotmail.com | | cashforcashflow@hotmail.com |
| Casilda Velasco | | renevelasco5764@gmail.com |
| Casilda Velsco | | cvzarate1@gmail.com |
| Cathy Holloway | | cathy.holloway@comcast.net |
| Cavalho, Pascual | | cavalhop001@gmail.com |
| Cavalho, Rose | | cavalhop001@yahoo.com |
| cdpg324@comcast.net | | cdpg324@comcast.net |
| Cedric A. Williams, Personal Representative of the Estate of Thomas O. Williams | c/o Christopher Suss, Esquire | ksuss@capitoltitle.com |
| Charlene Davis Hamilton | | Charlene.hamilton9@gmail.com |
| Charlene Hamilton | | charlene.hamilton@gmail.com |
| Charles C. Patterson Sr. | Charles C. Patterson | chuckpat@hotmail.com |
| chazaqgrayer@yahoo.com | | chazaqgrayer@yahoo.com |
| childofgod56@yahoo.com | | childofgod56@yahoo.com |
| Chowdhury, Latifm | | latifmchowdhury@gmail.com |
| Christine N. Johnson, Esq. | Attorney for Substitute Trustees | christine.johnson@brockandscott.com |

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| chucky0918 | | chucky0918@msn.com |
| claudevette | | claudevette@bellsouth.net |
| cliftonbaccous@gmail.com | | cliftonbaccous@gmail.com |
| Clyde H Murphy | | betbenz40@msn.com |
| Constance Lawrence | | makkajaku@aol.com |
| Contreras, Raphael | | cabubi2001@gmail.com |
| Cook, Walter | | c2walt@aol.com |
| Corey D Chase | | cmjinvestors@gmail.com |
| Corinthiane Johnson | | corinthiane@comcast.net |
| Cumming, Allan | | allancumming@hotmail.com |
| D.H. Stevens Company | D.H. Stevens Co. | liz.stevensplumbing@gmail.com |
| Danielle Towles-Mclean | | mcclean.dte@gmail.com |
| danny926@hotmail.com | | danny926@hotmail.com |
| Darnell A. Lucas | | baglucas14@gmail.com |
| Darnell A. Lucas | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| David A. Gilmore | | dagilmore77@gmail.com |
| David A. Gilmore | Mary F. Douglass | fdouglass@yahoo.com |
| davidjef2000@yahoo.com | | Other davidjef2000@yahoo.com |
| Davis, C | | networkspeed4g@gmail.com |
| deadwylerthomas@yahoo.com | | deadwylerthomas@yahoo.com |
| Dean Sigmon | | dean.sigmon@transwestern.com |
| Deecor7@aol.com | | Deecor7@aol.com |
| Dempsey, Doris | | ddempsey@yahoo.com |
| Dempsey, Doris | | ddempsey76@yahoo.com |
| Diane Hayes | | dianehayes60@yahoo.com |
| Donna M P Wilson Revocable Trust | | donnawilsonlaw@gmail.com |
| Dragone Realty, LLC, as assignee of James Vito, Inc. dba Vito Plumbing | James S. Carr, Esq | jcarr@kelleydrye.com |
| dswood30@yahoo.com | | dswood30@yahoo.com |
| Dukuly, Mohammed/Lisa | | njces@aol.com |
| dunnitrite@hotmail.com | | dunnitrite@hotmail.com |
| Edwards, Geraldine | | gedwards11@verlzon.net |
| Elam, Keith | | keielam@comcast.net |
| Elam, TaJuana | | tajelam@comcast.net |
| elijah_troy@yahoo.com | | elijah_troy@yahoo.com |
| emauricio1234@yahoo.com | | emauricio1234@yahoo.com |
| Emmanuel Njoku | | mmwyso@yahoo.com |
| Eric F. Foster, Sr. | Carol Foster | workshoparts@aol.com |
| Eu, Hook | | hookeu@yahoo.com |
| Evelyn Beatrice Washington | | washingtoneb@state.gov |
| Fannie Mae | Attn Kent Pearson | kent_b_pearson@fanniemae.com |
| finempowgrp@msn.com | | finempowgrp@msn.com |
| francesp4@yahoo.com | | francesp4@yahoo.com |
| Freeman, Tony | | cowboyss@verizon.net |
| garris45@yahoo.com | | garris45@yahoo.com |
| gayya70513@aol.com | | gayya70513@aol.com |
| gedwards11@verizon.net | | gedwards11@verizon.net |
| George Kilbinger | | artistogee@gmail.com |
| George Killbinger | | ogee1955@verizon.net |
| Gerald A. Butler | | gabutler@gmail.com |
| getwell@drbaruch.com | | getwell@drbaruch.com |
| Gilmore, David | | dgilmore18@cs.com |
| Gilmore, David | | revivelynnhill@gmail.com |
| Global Restoration Services | | jkaufman@garsinc.com |
| Gloria Oduah-Anolue | | gloriaoduah@yahoo.com |
| Gore, Corine | | cdpg329@comcast.net |
| Greentree Management | | greenbaums@verizon.net |
| Griffin, William | | jgriffin7017@msn.com |
| H, Ms. | | onlypat123@yahoo.com |
| Hamad, Ron | | Ronh62@yahoo.com |
| Hannah George | | hannahgeorge5@gmail.com |
| Hardy, Shelley | | Home shardyrealtor@verizon.net |
| Hatton, Sheila | | stuffdaisy@aol.com |
| Hawthorne, Erica | | Erica.hawthorne@gmail.com |

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Helen Peay | McCabe, Weisberg & Conway, LLC | bankruptcymd@mwc-law.com |
| HHSAMCOX@yahoo.com | | HHSAMCOX@yahoo.com |
| hmonawer@worldbank.org | | hmonawer@worldbank.org |
| Holloway, Cathy | | cathy.holloway@pgcps.org |
| Huggins, Ambrea | | ambreahuggins@gmail.com |
| Hyder, Mohammed | | psi_va@hotmail.com |
| idrcx@aol.com | | idrcx@aol.com |
| info@atrgeneralservices.com | | info@atrgeneralservices.com |
| Jackson, Bernie | | bernadettejackson@gmail.com |
| Jacqueline Moore | | CILSSYCYBERSPAL@MSN.COM |
| James E Murphy | | jamur@hotmail.com |
| James O Williams | | jjameswms@aol.com |
| James, William | | hair.doc28@gmail.com |
| Jamison, Debra and Robert | | debra.jamison@comcast.net |
| Jasper Long & Steven Queen | Jasper Long | lexnlexi@aol.com |
| jaycameron@mac.com | | jaycameron@mac.com |
| jboitcet@comcast.net | | jboitcet@comcast.net |
| Jeffrey M. Orenstein and Wolff & Orenstein, LLC | c/o Jeffrey M. Orenstein, Esq. | jorenstein@wolawgroup.com |
| John Anthony Pinkney | | johnpinkney1110@yahoo.com |
| Johnr@drrlegal.com | | johnr@drrlegal.com |
| Johnson, Don | | djohno1735@aol.com |
| Johnson, Don B | | don.b.johnson@irs.gov |
| Johnson, Lawyer Bankruptcy William | | wcjjatty@yahoo.com |
| Jones Carolyn | | swborges@comcast.net |
| Jorge Menacho | | jmenacho@aol.com |
| Jorge Menacho | | jmenacho4@aol.com |
| Jorge Menacho | | jmenachoa@aol.com |
| Jose Gomez /Maria Gomez | Jose Gomez | xmgomez26@gmail.com |
| katdaniel257@gmail.com | | katdaniel257@gmail.com |
| Kirby, Minnie | | mkirby08@comcast.net |
| ko250@yahoo.com | | ko250@yahoo.com |
| Laura Orta, Rafael Contreras and Carina Vergara | Carina Vergara | marcelok2509@live.com |
| Law Office of Christopher L. Markham, LLC | Christopher Louis Markham | chris@markhamlegalhelp.com |
| Leroy Adams III | Ronnette R. Meyers | ronnette.meyers@jlansolutions.com |
| lexlexi@aol.com | | lexlexi@aol.com |
| linthicumman@yahoo.com | | linthicumman@yahoo.com |
| Lisa M. Gallmon | | lisag4u@hotmail.com |
| LMD Properties I, LLC | | njees@aol.com |
| Loundins Legacy, LLC. | | jadamapson@yahoo.com |
| Lynn Collins and Shane Sopce | Lynn Collins | lynn3collins@gmail.com |
| lynn3collins@aol.com | | lynn3collins@aol.com |
| lynncollins3@aol.com | | lynncollins3@aol.com |
| mafoster@foley.com | | mafoster@foley.com |
| makkajuku@aol.com | | makkajuku@aol.com |
| marcusbell@ups.com | | marcusbell@ups.com |
| Mark Langon | | mlangon@advocatinc.com |
| Mark Taylor | | me.taylordcwasa.mt@gmail.com |
| Martin Family Rentals, LLC | Charles Martin, its Managing Member | cmlitigation@gmail.com |
| Maryland Dept of the Environment | | mde.webmaster@maryland.gov |
| Mas, Adnan | | adnanmasud2000@yahoo.com |
| Masud, Adnan | | adnanmasu@gmail.com |
| Maui Assesst Group | | tonyd@landresearchcompanies.com |
| mbrown2279@aol.com | | mbrown2279@aol.com |
| McKinney Technology Partners, Inc. | Attn Gary Berman | aweidel@gbermanlaw.com |
| McKinney Technology Partners, Inc. | | mckinneytechptrs@yahoo.com |
| MD Office Atty Gen Prince Georges | | consumer@oag.state.md.us |
| merchant.nancy@epamail.epa.gov | | merchant.nancy@epamail.epa.gov |
| MEYERS RODBELL & ROSENBAUM, P.A | M. Evan Meyers | emeyers@mrrlaw.net; bdept@mrrlaw.net |
| Michael Coleman | | karmike123@gmail.com |
| Michael G. Wolff | c/o Jeffrey M. Orenstein, Esq. | jorenstein@wolawgroup.com;mwolff@wolawgroup.com |
| Michael G. Wolff | | mwolff@wolawgroup.com |
| mike_thompson@yahoo.com | | mike_thompson@yahoo.com |
| mldean13 | | mldean13@yahoo.com |

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Monica Lynette Dean | | mldean13@gmail.com |
| Moore, Deborah | | mooredb1@verizon.net |
| Moore, Jacqueline | | cyssycyberspace@msn.com |
| Morgan, Rogers and Corine | | CorineMorgan@yahoo.com |
| Mozella Toliver | | moztoliver@verizon.com |
| Mr. Cooper | Sheree Carter Moorer | shereeamoir@aol.com |
| mr_chicago_man@yahoo.com | | mr_chicago_man@yahoo.com |
| Murphy, James | | timeisright@yahoo.com |
| Myra Taylor | | taylor6791@comcast.net |
| Nagle & Zaller, P.C. | Craig B. Zaller, Esq. | craig@naglezaller.com;tcarey@naglezaller.com |
| Nagle & Zaller, P.C. | Neil Warren Steinhorn | neilsteinhorn@gmail.com |
| Nagle & Zaller, P.C. | Paul Sweeney, Yumkas, Vidmar, Sweeney, Mulren | psweeney@yvslaw.com |
| NcNamee Hosea | Steven L Goldberg | sgoldberg@mhlawyers.com |
| onlysheron@yahoo.com | | onlysheron@yahoo.com |
| patriciastadaker@comcast.net | | patriciastadaker@comcast.net |
| Patsy W. Stewart | | patsy.wmsstewart@verizon.org |
| Pearl Place, LLC | c/o Law Offices of Phillips B. Ochs, Esq. | phil@ochslegal.com |
| Peay, Helen, (Lynn Hili) | | helenpeay16@gmail.com |
| Pena,Julio | | juliopena1355@gmail.com |
| Perterie A. Thompson | | perterie@aol.com |
| peterie.thompson@va.gov | | peterie.thompson@va.gov |
| Potomac Electric Power Company (PEPCO) | c/o Brian E Hoffman | behoffman@pepcoholdings.com |
| Pryor, Tonya | | rhymeteach705@gmail.com |
| PSI VA@hotmail.com | | PSI_VA@hotmail.com |
| Queen, Steve | | stevequeen123@gmail.com |
| Reubina Halsey | | reubinahalsey@gmail.com |
| Reyes, Elsa | | elsars88@gmail.com |
| rhforte_2000@yahoo.com | | rhforte_2000@yahoo.com |
| Richard Bardach | | rrickbar@aol.com |
| rlbogan115@aol.com | | rlbogan115@aol.com |
| rlcsx@aol.com | | rlcsx@aol.com |
| Robert H Forte | | roberthforte@gmail.com |
| Robin Williams | | robin.williams@transwestern.com |
| Rogers Morgan | | morgan@cblhealth.org |
| Rosenberg and Associates, LLC | Mark D. Meyer | mark.meyer@rosenberg-assoc.com |
| Ruby Alston | | Ruby.E.Alston@irs.gov |
| Russell, Evelyn | | elucillerussell78@gmail.com |
| Samuel Karkenny | | skarkenny@yahoo.com |
| Sattie Persaud-Alami | | sattie2087@hotmail.com |
| SEC Headquarters | | SECBankruptcy-OGC-ADO@SEC.GOV |
| Selinda Boyd-Graham | Community Health Nurse | sbgraham@childrensnational.org |
| Sewell, Ellsworth | | ellsworthsewell9@gmail.com |
| shardyrealtor@verizon.net | | shardyrealtor@verlzon.net |
| Shelia Patrick | | patricks@aol.com |
| Shelia Patrick | | Patricks@gao.gov |
| Sir Charles Martin | | sircharlesmartin@aol.com |
| Spann, Thomas | | thomasspanniii@yahoo.com |
| stilwil3@aol.com | | stilwil3@aol.com |
| Sylvia & Ronnie Twine | | rtwine50@hotmail.com |
| tajuana.l.elam@irs.gov | | tajuana.l.elam@irs.gov |
| The Law Office of Gary A. Berman, LLC | Berman Legal Services | gberman@gbermanlaw.com |
| The Martin Real Estate Group LLC | | Themartingroupllc@icloud.com |
| The Witherspoon Family Trust | Clyde E. Witherspoon | witherc1@verizon.net |
| Thomas Williams | c/o Personal Representative Cedric Williams | cedwilliams916@gmail.com |
| Thompson, James | | jaytee123@me.com |
| Thompson, Mike | | Mike_thompson924@yahoo.com |
| Timothy Braxton | | TimothyBraxton26@gmail.com |
| Toliver, mozella | | moztoliver@verizon.net |
| Tony Freeman | | cowboys@verizon.net |
| Travis, Wilhelmina | | wilhelmina_travis@yahoo.com |
| tugilu4465@comcast.net | | tugilu4465@comcast.net |

In re The Condominium Association of the Lynnhill Condominium,
Case No. 18-10334

Exhibit B

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| U.S. Trustee | | susan.balderson@usdoi.gov |
| U.S. Trustee | Susan Balderson, Quarterly Fee Coordinator | susan.balderson@usdoj.gov |
| Victoria Antonietty Puente-Fulcar | Victoria Puente | vicmas23@hotmail.com |
| Victoria Payton Webber | | zharpist@aol.com |
| Victoria Puente Fulcar | | ZAHIRES45@gmail.com |
| Walljune Private Lending LLC | | waljune@comcast.net |
| Walter Cook | | cwalt@aol.com |
| Warnett Barnes | | reultuffic@yahoo.com |
| Warren C. Perry Sr. and Cleo K Perry (Deceased) | c/o Ina Lind McNair | lmcnair61@gmail.com |
| Warren C. Perry Sr. and Cleo K Perry (Deceased) | c/o Jearline Louise Nicome | JearlineNicome@gmail.com |
| Warren C. Perry Sr. and Cleo K Perry (Deceased) | c/o Ronald Charles Perry | Occsupv@gmail.com |
| Warren C. Perry Sr. and Cleo K Perry (Deceased) | c/o Warren Clayton Perry Jr. | Wperry70@yahoo.com |
| Washington Suburban Sanitary Commission | WSSC | mary.clahane@wsscwater.com |
| Washington Suburban Sanitary Commission | WSSC | mary.clahane@wsscwater.com;heather.ashbury@wsscwater.com |
| Wells Fargo Home Mortgage - Premiere Asset Services | Brianna Snook, REO Alternative Disposition Asset Manager | Brianna.N.Snook@wellsfargo.com |
| Williams, Elania | | alana_629@yahoo.com |
| Willie Mae Thomas | c/o Valrita 0 Thomas | ThomasV0@state.gov |
| Willie Mae Thomas | | Thomasval223@gmail.com |
| Willie Mae Thomas | c/o Vanessa X Thomas | ThomasVX@state.gov |
| Winter, Shirley | | wintershirley21@gmail.com |
| Wmsstewart, Patsy | | patsy.wmsstewart@verizon.net |
| wsrobinson1947@yahoo.com | | wsrobinson1947@yahoo.com |
| wwtony@aol.com | | wwtony@aol.com |
| Yin, Chan Chiau | | acycjkc@verson.net |
| yohanny08@hotmail.com | | yohanny08@hotmail.com |
| Boykins, Anthony | | aboykins01@gmail.com |
| Kilbinger, George | | artistogee@gmail.com |
| Taylor, Anna M., (ATAYLOR) | | ataylor@arinc.com |
| McKinney Technology Partners, Inc. | Alicia Weidel | aweidel@gbermanlaw.com |
| McKinney Technology Partners, Inc. | McKinney Technology Partners, Inc. | aweidel@gbermanlaw.com |
| Community Restoration Corporation | BWW Law Group, LLC | bankruptcy@bww-law.com |
| Helen Peay, Thomas, Spann III, Sleron Spann | McCabe, Weisberg & Conway, LLC | bankruptcymd@mwc-law.com |
| McCabe, Weisberg & Conway, LLC | Joshua Welborn | bankruptcymd@mwc-law.com |
| Option One Mortgage Corporation | McCabe, Weisberg & Conway, LLC | bankruptcymd@mwc-law.com |
| Thomas S Spann III, Sheron Spann, Helen Peay | McCabe, Weisberg & Conway, LLC | bankruptcymd@mwc-law.com |
| Wells Fargo Bank, NA as Trustee for ABFC 2006-OPT2 Trust, Asset Backed Funding Corp Asset Backed Certs. Series 2006-OPT2 | c/o Joshua Welborn, Esq | bankruptcymd@mwc-law.com |
| Taha, Barbara | | barbarataha@msn.com |
| Carey, Barry | | barry.carey@yahoo.com |
| Clyde H Murphy et al. | | betbenz40@msn.com |
| Murphy, Clyde | | betbenz40@msn.com |
| Timothy & Latrina Braxton | | bigtimmy80@aol.com |
| Walter Cook | | c2walt@aol.com |
| Jones Carolyn | | carolynvj@comcast.net |
| Pascual Cavalho | | cavalhop001@gmail.com |
| Corine P. Gore | | cdpg324@comcast.net |
| ceefoy@hotmail.com | | ceefoy@hotmail.com |
| Charlene Davis Hamilton | Charlene Hamilton | Charlene.hamilton9@gmail.com |
| Hamilton, Charlene | | charlene.hamilton9@gmail.com |
| Law Office of Christopher L. Markham, LLC | Christopher Louis Markham | chris@markhamlegalhelp.com |
| Real Estate Investment Firm LLC | Law Office of Christopher L. Markham, LLC | chris@markhamlegalhelp.com |
| Real Estate Investment Firm LLC | | chris@markhamlegalhelp.com |
| Real Estate Investment Firm, LLC | Law Office of Christopher L. Markham, LLC | chris@markhamlegalhelp.com |
| Real Estate Investment Firm, LLC | | chris@markhamlegalhelp.com |

Exhibit B

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Real Estate Investment Firm, LLC | | chris@markhamlegalhelp.com |
| CP Associates of Washington Inc./Charles C. Patterson | CP Associates of Washington Inc. | chuckpat@hotmail.com |
| CP Associates of Washington Inc./Charles C. Patterson | Charles C. Patterson Sr. | chuckpat@hotmail.com |
| Patterson, Charles | | chuckpat@hotmail.com |
| Cory Chase | | cmjinvestors@gmail.com |
| Johnson, CorInthiane | | corinthiane@comcast.net |
| Nagle & Zaller, P.C. | Nagle & Zaller, P.C. | craig@naglezaller.com;tcarey@naglezaller.com |
| Doris Dempsey | | ddempsey76@yahoo.com |
| DDK Holdings LLC | Dwayne Carey | ddkholdingsllc@gmail.com |
| Nancy Deadwyler (Merchant) | | Deadwylerthomas@yahoo.com |
| Diane E. McKenzie | | DeeCor7@aol.com |
| Diane Hayes | | dianehayes60@yahoo.com |
| Hayes, Diane | | dianehayes60@yahoo.com |
| Dorcas O. Adeoye | | docade7@yahoo.com |
| Donna Wilson | | donnawilsonlaw@gmail.com |
| Elizabeth Belton | | elizabethbelton12@gmail.com |
| fdouglass@yahoo.com | | fdouglass@yahoo.com |
| Mary F. Douglass | | fdouglass@yahoo.com |
| Mary Frances Douglass | Mary F. Douglass | fdouglass@yahoo.com |
| Zeineb Bushra | Gerald A. Butler | gabutler@gmail.com |
| Judy G Jefferson | | garris45@yahoo.com |
| Geraldine Edwards | | gedwards11@verizon.net |
| Edith Deandrade & Carmen Davis | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| Elizabeth Belton | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| Eric F. Foster, Sr. | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| Law Office of Gregory R. Singleton | Law Office of Gregory R SIngleton LLC | gs@gsingleton.com |
| Law Office of Gregory R. Singleton LLC | | gs@gsingleton.com |
| Lora Brighthaupt | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| Mark M. Booker | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| Mozella Toliver | Law Office of Gregory R. Singleton LLC | gs@gsingleton.com |
| The Law Office of Gregory R. Singleton LLC | | gs@gsingleton.com |
| William J James | | hair.doc28@gmail.com |
| Hook EU | c/o CE Land Properties, LLC | hookeu@yahoo.com |
| Hook Eu | c/o Premier Property Solutions LLC | hookeu@yahoo.com |
| Mapson, Jada | | jadamapson@yahoo.com |
| Jay Cameron and Latricia Cameron | Jay Cameron | jaycameron@me.com |
| William and Mattie Griffin | | jgriffin7017@msn.com |
| Williams, James | | jjameswms@aol.com |
| Menacho, Jorge | | jmenachoa@aol.com |
| Johnpinkney1110@yahoo.com | | Johnpinkney1110@yahoo.com |
| Maui Asset Group, LLC | John Reiff | johnr@drrlegal.com |
| Fannie Mae | Attn Kent Pearson | kent_b_pearson@fanniemae.com |
| Fannie Mae | Attn Kent Pearson | kent_b_pearson@fanniemae.com |
| Fannie Mae | Attn Kent Pearson | kent_b_pearson@fanniemae.com |
| lexnlexi@aol.com | | lexnlexi@aol.com |
| Queen & Long Properties, LLC | Jasper Long | lexnlexi@aol.com |
| Rosenberg and Associates, LLC | Mark D. Meyer | mark.meyer@rosenberg-assoc.com |
| Rosenberg and Associates, LLC | Mark D. Meyer | Mark.Meyer@Rosenberg-Assoc.com |
| Maurice Braham | | mauricebraham@comcast.net |
| McKinney Technology Partners, Inc. | Maurice Martin McKinney | mckinneytechptrs@yahoo.com |
| McKinney Technology Partners, Inc. | McKinney Technology Partners, Inc. | mckinneytechptrs@yahoo.com |
| Taylor, Mark | | me.taylordcwasa.mt@gmail.com |
| Minnie P Kirby | | mkirby08@comcast.net |
| Mark M. Booker | | mmbooker.mb@gmail.com |
| Njoku, Emmanuel | | mmwyso@yahoo.com |
| Rogers Morgan | | morgan@cblhealth.org |
| Rogers Morgan | | morgan@cblhealth.org |
| Neil Warren Steinhorn | | neilsteinhorn@gmail.com |
| Edith Deandrade & Carmen Davis | | networkspeed4g@gmail.com |
| Edith Deandrade & Carmen Davis | | networkspeed4g@gmail.com |
| Lisa Webster | | njces@aol.com |
| Thomas S Spann III, Sheron Spann, Helen Peay | Helen Peay | onlypat123@yahoo.com |

In re The Condominium Association of the Lynnhill Condominium,
Case No. 18-10334

Exhibit B

| CreditorName | CreditorNoticeName | EmailAddress |
|---|---|---|
| Thompson, Perterie | | Perterie@aol.com |
| Helen Peay | Altisource | Philkhana.Srinivas@rw.Altisource.com; HOAcoordination@altisource.com |
| Helen Peay, Thomas, Spann III, Sleron Spann | Altisource | Philkhana.Srinivas@rw.Altisource.com; HOAcoordination@altisource.com |
| Lendmark Financial Services | Altisource | Philkhana.Srinivas@rw.Altisource.com; HOAcoordination@altisource.com |
| Lynn Collins | Altisource | Philkhana.Srinivas@rw.Altisource.com; HOAcoordination@altisource.com |
| Option One Mortgage Corporation | Altisource | Philkhana.Srinivas@rw.Altisource.com; HOAcoordination@altisource.com |
| Mohammed Hyder | | psi_va@hotmail.com |
| Warnett Barnes | Warnett Barnes | reultuffic@yahoo.com |
| Tonya Pryor | | rhymeteach705@gmail.com |
| Ronald L & Irene R. Carroll | Irene R. Carroll | rlcsx@aol.com |
| Twine, Ronnie | | rtwine50@hotmail.com |
| Samuel Bryant | | samuelbryant@comcast.net |
| Samuel Bryant | Samuel Bryant | samuelbryant@comcast.net |
| Selinda Boyd-Graham | | selindaboyd@yahoo.com |
| Sheree Carter Moorer | | shereeamoir@aol.com |
| Sheree Carter Moorer | Sheree C. Moorer | shereeamoir@aol.com |
| U.S. Trustee | U.S. Trustee | susan.balderson@usdoj.gov |
| Taylor, Lynn Hill Myra | | taylor6791@comcast.net |
| washingtoneb@state.gov | | washingtoneb@state.gov |
| Law Office of William Johnson | William C. Johnson, Jr., Esq. | wcjjatty@yahoo.com |
| Wilhelmina V. Travis/ Cheryl A. Travis | Wilhelmina V. Travis | wilhelmina_travis@yahoo.com |
| Witherspoon, Clyde | | witherc1@verizon.net |
| Foster, Eric | | workshoparts@aol.com |
| Zeineb Bushra | | zeinebbushra@yahoo.com |

# **EXHIBIT C**

**Exhibit C**
Core/2002 Service List

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Top 20 | 202 Service Group | | P O Box 44274 | | Fort Washington | MD | 20749 |
| Proposed Purchaser and Pre- and Post-Petition Lender | AHH16 Development, LLC | Attn: Jonathan Hook | 178 Route 59, Suite 306 | | Monsey | NY | 10952 |
| Top 20 | Century Elevator | | 6801 Marlboro Pike | | District Heights | MD | 20747 |
| MD Comptroller | Comptroller of Maryland | Attn Bankruptcy Dept | 80 Calvert St | PO Box 466 | Annapolis | MD | 21404-0466 |
| MD Comptroller | Comptroller of Maryland | Revenue Administration Center | Taxpayer Service Center | 110 Carroll St | Annapolis | MD | 21411-0001 |
| Top 20 | Electronic Security Services, Inc. | | 15050 Buck Lane | | Upper Marlboro | MD | 20772 |
| Fannie Mae | Fannie Mae | | 3900 Wisconsin Ave NW | | Washington | DC | 20016 |
| Top 20 | Grayhound Trash Removal, Inc. | | 801 Grey Eagle Drive | | Upper Marlboro | MD | 20773 |
| Top 20 | Greentree Management | Monte Greenbaum | 6412 Silent Moon Run | | Clarksville | MD | 21029 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Top 20 | Internal Revenue Service | | Centralized Insolvency Operation | P O Box 7346 | Philadelphia | PA | 19101-7346 |
| Debtor General Counsel | Law Office of William Johnson | William C. Johnson, Jr., Esq. | 1310 L St. NW | Suite 750 | Washington, | DC | 20005 |
| Top 20 | Marlin Leasing Corporation | | 300 Fellowship Road | | Mount Laurel | NJ | 08054 |
| MD State Treasury | Maryland Department of Assessments & Taxation | | State Office Building | 301 W. Preston Street | Baltimore | MD | 21201-2395 |
| Top 20 | Michael S. Neall & Associates PC | | 147 Old Solomons Island Rd #400 | | Annapolis | MD | 21401 |
| Top 20 | Monument Enterprises LLC | | P O Box 4647 | | Upper Marlboro | MD | 20775 |
| Top 20 | Nagle & Zaller, P.C. | | 7226 Lee DeForest Drive #102 | | Columbia | MD | 21046 |
| Top 20 | Noyes Air Conditioning Contractors | | 16761 Oakmont Ave | | Gaithersburg | MD | 20877 |
| Top 20 | Office of the U.S. Trustee | | 6305 Ivy Lane Suite 600 | | Greenbelt | MD | 20770 |
| Top 20 | PEPCO | | 201 West Gude Drive | | Rockville | MD | 20850 |
| Top 20 | Plumb-Rite Plumbing | | c/o Shane Moore | P O Box 548 | Upper Marlboro | MD | 20773 |
| Prince Georges County | Prince Georges County | Gail D. Francis, Esq. - Office of Finance | 14741 Gov. Oden Bowie Drive, Suite 3200 | | Upper Marlboro | MD | 20772 |
| Top 20 | Shay Construction | | 99 Commerce Place Unit 125 | | Upper Marlboro | MD | 20774 |
| Debtor's Accountant | TD Emory, CPA & Associates | | 6301 Ivy Lane Ste 109 | | Greenbelt | MD | 20770 |
| Top 20 | Trashmasters | | 3001 Kaverton Road | | District Heights | MD | 20747-4536 |
| US Attorneys Office | U.S. Attorney's Office for the District of Maryland – Southern Division | | 6406 Ivy Lane Suite 800 | | Greenbelt | MD | 20770 |
| Top 20 | Vito Plumbing | | 5108 Buchanan Street | | Hyattsville | MD | 20781 |
| Top 20 | Washington Gas | | 6801 Industrial Road | | Springfield | VA | 22151 |
| Top 20 | Washington Suburban Sanitary Commission | | 14501 Sweitzer Lane | | Laurel | MD | 20707-5902 |
| Top 20 | Waste Management - RMC | | 2421 W Peoria Ave Ste 110 | | Phoenix | AZ | 85029 |

In re The Condominium Association of the Lynnhill Condominium,
Case No. 18-10334