# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–10334 – WIL**   Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 683 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $3350.55 Filed by Dilks & Knopik, LLC. (Attachments: # 1 Affidavit # 2 Research Documents) (Alexander, Lisa)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/19/19.**

CURE:
1. Must submit a State of Maryland Letters of Administration of a Small Estate that is an original document that has the Seal of the Court.
2. Must submit a W–9 for Dilks & Knopik.
3. Must submit a non redacted drivers license identification for Brian J. Dilks.
4. Must submit a Certified Copy of the death certificate for Katherine Harp.
5. Must submit identification for the decedent Katherine Harp.
6. Must submit social security number for Katherine Harp
7. Must submit a W–9 for Betty Jean Harp.
8. Must explain why Joe Harp is listed on the Claim Against the United States for Amounts Due in the Case of a Deceased Creditor, when that document is signed by Jonathan Harp and the identification submitted to the Court is that of Jonathan Harp.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/5/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

cc:  Debtor
     Attorney for Debtor – Patrick John Potter
     Dilks & Knopik, LLC.

defntc (rev. 12/12/2016)