**SO ORDERED**

THE DEFICIENCY MUST BE CURED NO LATER THAN OCTOBER 18, 2019



WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **18−10334 − WIL**    Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

## ORDER GRANTING
## MOTION TO EXTEND TIME TO CURE DEFICIENCY

Upon consideration of the Motion to Extend Time to Cure Deficiency filed by Dilks & Knopik, LLC, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion to Extend Time to Cure Deficiency is hereby granted. The deadline is extended to the date indicated at the top of this Order.

cc: Debtor
      Attorney for Debtor – Patrick John Potter
      Dilks & Knopik, LLC
      All Parties
      All Counsel
      U.S. Trustee

**End of Order**

44x01 (rev. 06/19/1998) – larter