## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–10334 – WIL**   Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 690 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $12550.10 Filed by Willy Osman Becerra . (Attachments: # 1 Affidavit # 2 Support Documents) (Arter, Laurie) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 9/5/19. The Affidavit is insufficient.** |
| CURE: | A new Affidavit in Support of the Motion to Withdraw Unclaimed Funds From the Court Registry must be submitted to the Court, using Willy Osman Becerra as the Deponent to include his address. This document must be "notarized". |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/22/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:   Debtor
Attorney for Debtor – Patrick John Potter
Creditor – Willy Osman Becerra

defntc (rev. 12/12/2016)