United States Bankruptcy Court
District of Maryland

In re:                                                                Case No. 18-10334-WIL
The Condominium Association of the Lynnh                              Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0          User: larter           Page 1 of 2              Date Rcvd: Aug 22, 2019
                              Form ID: defntc        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             The Condominium Association of the Lynnhill Condom,    PO Box 309,
                 Temple Hills, MD  20757-0309
aty           #+Andrew M. Troop,    Pillsbury Winthrop Shaw Pittman LLP,    1540 Broadway,
                 New York, NY 10036-4083
aty           #+Andrew V. Alfano,    Pillsbury Winthrop Shaw Pittman LLP,    1540 Broadway,
                 New York, NY 10036-4083
aty            Jason S. Sharp,    Pillsbury Winthrop Shaw Pittman LLP,   2 Houston Center,
                 909 Fannin, Suite 2000,    Houtston, TX  77010-1028
              +Willy Osman Becerra,   6330 Columbia Pike,   Falls Church, VA 22041-1219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:
              Benjamin   Smith    bsmith@shulmanrogers.com,    ctremper@shulmanrogers.com
              Brian   Hoffman    behoffman@pepcoholdings.com
              Charles Ryan Cohill    rcohill@cameronmericle.com,    jcameron@cameronmericle.com
              Christopher  Hamlin    chamlin@mhlawyers.com,    dmoorehead@mhlawyers.com,chamlin@ecf.inforuptcy.com,
               kmadden@mhlawyers.com,jsantana@mhlawyers.com
              Dania   Slim    dania.slim@pillsburylaw.com,    Jason.sharp@pillsburylaw.com,
               Andrew.alfano@pillsburylaw.com
              David E. Lynn    davidlynn@verizon.net,    ecfnotices@verizon.net,lynndr69031@notify.bestcase.com
              Donald L Bell    donbellaw@gmail.com,    donbellaw2@gmail.com
              Elizabeth Marian Abood-Carroll    ANHSOrlans@InfoEx.com,    ecfaccount@orlans.com
              Gene   Jung    gene.jung@brockandscott.com,    mdecf@brockandscott.com,wbecf@brockandscott.com,
               cecily.perry@brockandscott.com
              Gregory   Singleton    gs@gsingleton.com
              Ira T Kasdan    kdwbankruptcydepartment@kelleydrye.com,MVicinanza@ecf.inforuptcy.com
              Jeanne M. Crouse    Jeanne.M.Crouse@usdoj.gov
              Jeffrey M. Orenstein    jorenstein@wolawgroup.com
              Joshua   Welborn    bankruptcymd@mwc-law.com,    bankruptcymd@ecf.inforuptcy.com
              Kathryn Ellen Smits    ksmits@orlans.com,    ANHSOrlans@InfoEx.com
              Lawrence Joseph Yumkas    lyumkas@yvslaw.com,    pgomez@yvslaw.com,yvslawcmecf@gmail.com,
               r39990@notify.bestcase.com
              Leah Christina Freedman    bankruptcy@bww-law.com,    leah.freedman@bww-law.com
              M. Evan Meyers    bdept@mrrlaw.net
              Mark David Meyer    bankruptcy@rosenberg-assoc.com
              Matthew Fraser Peterson    mpeterson@orlans.com,    ecfaccount@orlans.com
              Michael J. Lichtenstein    mjl@shulmanrogers.com,    tlockwood@shulmanrogers.com
              Patrick John Potter    patrick.potter@pillsburylaw.com,    dania.slim@pillsburylaw.com
              Paul   Sweeney    psweeney@yvslaw.com,    jschraf@yvslaw.com,jvidmar@yvslaw.com,jbeckman@yvslaw.com,
               cadams@yvslaw.com,yvslawcmecf@gmail.com,sweeneypr39990@notify.bestcase.com,
               stevenslr39990@notify.bestcase.com,hopkincr39990@notify.bestcase.com
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV

```
District/off: 0416-0           User: larter              Page 2 of 2              Date Rcvd: Aug 22, 2019
                               Form ID: defntc           Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William C. Johnson    wcjjatty@yahoo.com,    wjohnson@dcmdconsumerlaw.com,
               johnsonwr90391@notify.bestcase.com
                                                                                           TOTAL: 25
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–10334 – WIL**   Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 690 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $12550.10 Filed by Willy Osman Becerra . (Attachments: # 1 Affidavit # 2 Support Documents) (Arter, Laurie)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 9/5/19. The Affidavit is insufficient.**

CURE: A new Affidavit in Support of the Motion to Withdraw Unclaimed Funds From the Court Registry must be submitted to the Court, using Willy Osman Becerra as the Deponent to include his address. This document must be "notarized".

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 8/22/19

                                Mark A. Neal, Clerk of Court
                                by Deputy Clerk, Laurie Arter
                                301–344–3327

cc:   Debtor
      Attorney for Debtor – Patrick John Potter
      Creditor – Willy Osman Becerra

defntc (rev. 12/12/2016)