# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:  Case No.: **18–10334 – WIL**  Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

## DEFICIENCY NOTICE

DOCUMENT:  696 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $12,550.10 Filed by Federal National Mortgage Association . (Attachments: # 1 Affidavit # 2 Exhibit) (Arter, Laurie)

PROBLEM:  **The following items are deficient for the above pleading, and must be cured by 10/16/19. The Motion is missing required documentation.**

CURE:  A non-redacted valid drivers license must be provided for Brenda Harkrider to the Court

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing-requirements.
Additional information for non-attorney filers: http://www.mdb.uscourts.gov/content/after-filing.

Dated: 10/2/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

cc:  Debtor
  Attorney for Debtor – Patrick John Potter
  Federal National Mortgage Corporation
  Brock & Scott

defntc (rev. 12/12/2016)