United States Bankruptcy Court
District of Maryland

In re:                                                                  Case No. 18-10334-WIL
The Condominium Association of the Lynnh                                Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0416-0          User: larter            Page 1 of 1              Date Rcvd: Oct 30, 2019
                              Form ID: pdfparty       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: cmecf@dilksknopik.com Oct 30 2019 20:42:35     Betty J. Harp, Administrator of the,
               Estate of Katherine Harp,    c/o Dilks & Knopik, LLC,    35308 SE Center Street,
               Snoqualmie, WA 98065-9216
cr            +E-mail/Text: cmecf@dilksknopik.com Oct 30 2019 20:42:35     Dilks & Knopik, LLC,
               35308 SE Center Street,    Snoqualmie, WA 98065-9216
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
              Benjamin Smith    bsmith@shulmanrogers.com,    ctremper@shulmanrogers.com
              Brian Hoffman    behoffman@pepcoholdings.com
              Charles Ryan Cohill    rcohill@cameronmericle.com,    jcameron@cameronmericle.com
              Christopher Hamlin    chamlin@mhlawyers.com,    dmoorehead@mhlawyers.com,chamlin@ecf.inforuptcy.com,
               jsantana@mhlawyers.com,sshin@mhlawyers.com
              Dania Slim    dania.slim@pillsburylaw.com,    Jason.sharp@pillsburylaw.com,
               Andrew.alfano@pillsburylaw.com
              David E. Lynn    davidlynn@verizon.net,    ecfnotices@verizon.net,lynndr69031@notify.bestcase.com
              Donald L Bell    donbellaw@gmail.com,    donbellaw2@gmail.com
              Elizabeth Marian Abood-Carroll    ANHSOrlans@InfoEx.com,    ecfaccount@orlans.com
              Gene Jung    gene.jung@brockandscott.com,    mdecf@brockandscott.com,wbecf@brockandscott.com,
               cecily.perry@brockandscott.com
              Gregory Singleton    gs@gsingleton.com
              Ira T Kasdan    kdwbankruptcydepartment@kelleydrye.com,MVicinanza@ecf.inforuptcy.com
              Jeanne M. Crouse    Jeanne.M.Crouse@usdoj.gov
              Jeffrey M. Orenstein    jorenstein@wolawgroup.com
              Joshua Welborn    bankruptcymd@mwc-law.com,    bankruptcymd@ecf.inforuptcy.com
              Kathryn Ellen Smits    ksmits@ch13md.com
              Lawrence Joseph Yumkas    lyumkas@yvslaw.com,    pgomez@yvslaw.com,yvslawcmecf@gmail.com,
               r39990@notify.bestcase.com
              Leah Christina Freedman    bankruptcy@bww-law.com,    leah.freedman@bww-law.com
              M. Evan Meyers    bdept@mrrlaw.net
              Mark David Meyer    bankruptcy@rosenberg-assoc.com
              Matthew Fraser Peterson    ANHSOrlans@InfoEx.com,    ecfaccount@orlans.com
              Michael J. Lichtenstein    mjl@shulmanrogers.com,    tlockwood@shulmanrogers.com
              Patrick John Potter    patrick.potter@pillsburylaw.com,    dania.slim@pillsburylaw.com
              Paul Sweeney    psweeney@yvslaw.com,    jschraf@yvslaw.com,jvidmar@yvslaw.com,jbeckman@yvslaw.com,
               cadams@yvslaw.com,yvslawcmecf@gmail.com,sweeneypr39990@notify.bestcase.com,
               stevenslr39990@notify.bestcase.com,hopkincr39990@notify.bestcase.com
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
              William C. Johnson    wcjjatty@yahoo.com,    wjohnson@dcmdconsumerlaw.com,
               johnsonwr90391@notify.bestcase.com
                                                                                              TOTAL: 25

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:    Case No.: **18−10334 − WIL**    Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by Dilks & Knopik, LLC for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $ 3350.55 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the funds that are the subject of this order be disbursed after fourteen (14) calendar days from the date that this order is entered; and it is further

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Betty J. Harp, Administrator of the Estate of,
Katherine Harp
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

cc:    Claimant
       Claimant's Attorney

**End of Order**

42x03 (rev. 07/10/2019) – larter