FILED

2019 NOV 27  AM 10: 58

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:  
The Condominium Association of the Lynnhill Condominium

Debtor(s)

Case No. 18-10334

Chapter WIL Chapter: 11

## MOTION TO WITHDRAW UNCLAIMED FUNDS FROM THE COURT REGISTRY

_____CATHY ANN HOLLOWAY_____, (hereinafter "Claimant"),
Name of Individual(s) or Entity

respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $ 12,550.10_____. The Claimant did not receive the funds because: CLAIMANT DID NOT RECEIVE NOTIFICATION OF FUNDS DISTRIBUTION VIA MAIL, PHONE OR EMAIL.

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, Claimant requests that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Respectfully Submitted,

*/s/ Cathy Ann Holloway*
Signature of Claimant or Claimant's Representative

CATHY ANN HOLLOWAY  
Printed Name of Claimant or Claimant's Representative

507 JASPER COURT, BOWIE MARYLAND 20721  
Complete Address of Claimant or Claimant's Representative

301-503-2089  
Phone Number of Claimant or Claimant's Representative

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:  
The Condominium Association of the Lynnhill Condominium

Case No. 18-10334

Chapter 11

Debtor(s)

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on __NOVEMBER 27, 2019__ (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

__CATHY ANN HOLLOWAY__  
Name of Claimant

__507 JASPER COURT   BOWIE, MARYLAND 20721__  
Complete Address of Claimant

Respectfully Submitted,

_[signature]_  
Signature of Claimant or Claimant's Representative

CATHY ANN HOLLOWAY  
Printed Name of Claimant or Claimant's Representative

507 JASPER COURT   BOWIE, MARYLAND 20721  
Complete Address of Claimant or Claimant's Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** this __27__ day of __NOVEMBER__, 20 __19__, in the County of __PRINCE GEORGE'S__, State of __MARYLAND__.

_[signature]_  
Signature of Notary Public

Date Commission Expires: __8/28/22__

**JENNA MARIE COOKSEY**  
Notary Public  
Prince George's County  
Maryland  
My Commission Expires Aug. 28, 2022

FILED 2019 NOV 27 AM 10:58 U.S. BANKRUPTCY COURT DISTRICT OF MARYLAND GREENBELT