FILED

2019 DEC 26 PM 1:13

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:  \*

The Condominium Association of the  \*  Case No. __18-10334__
Lynn Hill Condominium  \*
\*  Chapter __11__
_____  \*
Debtor(s)  \*

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

_____Cathy Holloway_____, (hereinafter "Claimant"),
Name of Individual(s) or Entity

respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $ __$10,259.21__. The Claimant did not receive the funds because: __There was not any type of notification received about the funds.__

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, Claimant requests that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Respectfully Submitted,

_/s/ Cathy Holloway_____
Signature of Claimant or Claimant's Representative

Cathy Holloway
Printed Name of Claimant or Claimant's Representative

507 Jasper Court, Bowie Md. 20721
Complete Address of Claimant or Claimant's Representative

301-503-2089
Phone Number of Claimant or Claimant's Representative

FILED

2019 DEC 26 PM 1: 14

BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:

**THE CONDOMINIUM ASSOCIATION OF LYNN HILL**

Debtor(s)

Case No. **18-10334**

Chapter **11**

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on **DECEMBER 26, 2019** (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

**CATHY HOLLOWAY**
Name of Claimant

**507 JASPER COURT   BOWIE, MD 20721**
Complete Address of Claimant

Respectfully Submitted,

*[signature]*
Signature of Claimant or Claimant's Representative

**CATHY HOLLOWAY**
Printed Name of Claimant or Claimant's Representative

**507 JASPER COURT   BOWIE, MD 20721**
Complete Address of Claimant or Claimant's Representative

SUBSCRIBED AND SWORN TO BEFORE ME this **26** day of **DECEMBER**, 20 **19**, in the County of **PRINCE GEORGE'S**, State of **MARYLAND**.

*[signature]*
Signature of Notary Public

Date Commission Expires: **8/28/22**

**JENNA MARIE COOKSEY**
Notary Public
Prince George's County
Maryland
My Commission Expires Aug. 28, 2022