

**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Greenbelt

In re:   Case No.: **18–10334 – WIL**   Chapter: **11**

**The Condominium Association of the Lynnhill Condominium**
Debtor

## ORDER FOR WITHDRAWAL OF
## FUNDS PAID INTO COURT

Upon consideration of the motion filed by Cathy Ann Holloway for withdrawal of funds paid into the Court under 11 U.S.C. § 347(a), and it appearing that the movant is entitled to the sum of $ 10,259.21 deposited, less registry fund fees properly chargeable, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the funds that are the subject of this order be disbursed after fourteen (14) calendar days from the date that this order is entered; and it is further

ORDERED, that pursuant to 28 U.S.C. § 2042, the Bankruptcy Clerk, District of Maryland, shall pay this unclaimed money to the order of:

Cathy Ann Holloway
507 Jasper Court
Bowie, MD 20721

cc:   Claimant – Cathy Ann Holloway

**End of Order**

42x03 (rev. 07/10/2019) – larter